IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEWIS JENKINS,

    Petitioner,                     No. CIV S-04-1656 FCD GGH P

    vs.

STEVEN CAMBRA, et al.,

    Respondents.             <u>ORDER</u>

_____/

       Petitioner has requested an extension of time to file and serve an opposition to the respondents' answer. Good cause appearing, IT IS HEREBY ORDERED that:

       1. Petitioner's May 11, 2005 application for an extension of time is granted; and

       2. Petitioner shall file and serve an opposition to the respondents' answer on or before May 26, 2005.

DATED:   5/17/05

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:bb
jenk1656.111(2)