IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEWIS JENKINS,

        Petitioner,               No. CIV S-04-1656 FCD GGH P

      vs.

STEVEN CAMBRA, et al.,

        Respondent.       <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  This action is on appeal to the Ninth Circuit Court of Appeals.

        Petitioner originally filed this action in the United States District Court for the Northern District of California.  On July 6, 2004, the Northern District appointed counsel to represent petitioner and ordered respondent to file an answer to the petition.  On August 6, 2004, the Northern District transferred this action to this court.  On April 24, 2006, this court denied petitioner's application for petition for writ of habeas corpus and judgment was entered.

        In his May 28, 2004, motion for appointment of counsel, petitioner also included an application to proceed in forma pauperis.  While the Northern District did not explicitly grant this application when it granted petitioner's motion for appointment of counsel, this court finds that it implicitly did so.

1          Accordingly, IT IS HEREBY ORDERED that on July 6, 2004, the United States

2    District Court for the Northern District of California granted petitioner's May 28, 2004,

3    application to proceed in forma pauperis.

4    DATED:  5/30/06

5                    /s/ Gregory G. Hollows

6                    GREGORY G. HOLLOWS
                     UNITED STATES MAGISTRATE JUDGE

7

8    ggh:kj
9    jenk1656.ifp

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26